JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ARTHUR LOPEZ, et al., <br><br> Debtor, <br>_____ <br> ARTHUR LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 1851 EAST FIRST STREET INVESTORS, LLC, <br><br> Defendant. | Case No. SA CV 18-1145 FMO <br><br> **JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 2nd day of July, 2018.

 

                                                                                     /s/<br>
                                                        Fernando M. Olguin<br>
                                             United States District Judge